UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregorio GARCIA, Defendant–
Appellant.

No. 09–14561
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 25, 2010.

John Philip Fox, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Gregorio Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Garcia's motion to proceed *pro se* is **DENIED,** and his conviction and sentence are **AFFIRMED.**